In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00094-CV

                                                ______________________________

 

 

                                        BILLY ELDRIDGE,
Appellant

 

                                                                V.

 

                                    STEPHANIE ELDRIDGE, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                       Trial Court
No. PO-10-39692

 

                                                   
                                               

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            Billy
Eldridge has filed an appeal.  He is not
indigent, but has not requested or paid (or made arrangements to pay) for a
clerk’s record.  Thus, a clerk’s record
has not been prepared or filed.  Eldridge
has also not filed a reporter’s record in this appeal and has not paid the
filing fee with this Court.  On October
18, 2010, we sent a letter to counsel pointing out that the record was thirty
days overdue and that the fees had not been paid and warning that, if action
was not taken within ten days to prosecute this appeal with effect, it would be
subject to dismissal pursuant to Tex. R.
App. P. 42.3(c).  

            Twenty
days has now elapsed, and we have received no response.  

            We
dismiss the appeal for want of prosecution.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          November
15, 2010

Date Decided:             November
16, 2010